DUANE MORRIS LLP
Anthony J. Costantini
Mairi Luce
1540 Broadway
New York, NY 10036
212-692-1000
AJCostantini@duanemorris.com
Luce@duanemorris.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EKMAN & Co AB, | |
| Plaintiff, | CIVIL ACTION NO. 10-cv-8110 |
| v. | ECF Case |
| GRAPHIC PAPER, INC., | **NOTICE OF APPEARANCE** |
| Defendant. | |

**PLEASE TAKE NOTICE** that the undersigned attorneys, are appearing on behalf of plaintiff EKMAN & Co AB, ("Plaintiff") in the above-captioned action. Plaintiff requests that all papers in connection with the above-captioned action be served upon the undersigned at the addresses listed below.

Dated: New York, New York
November 3, 2010

DUANE MORRIS LLP

By: _____/s/_____
Anthony J. Costantini (AC 6633)
Mairi Luce
1540 Broadway
New York, New York 10036
212-692-1000
AJCostantini@duanemorris.com
Luce@duanemorris.com
Attorneys for Plaintiff, *EKMAN & Co. AB*