UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EKMAN & CO. AB

Plaintiff,

-v-

GRAPHIC PAPER, INC.

Defendant.

Case No. 10-CV-8110

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Graphic Paper, Inc.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 11/18/2010

Signature of Attorney

**Attorney Bar Code:** 9315

Form Rule7_1.pdf SDNY Web 10/2007