UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,
-------------------------------------------------------------------x
EKMAN & CO. AB.,

                            Plaintiff,

Case No. 10 CV 8110 (JGK)

**NOTICE OF APPEARENCE**

    –against –

GRAPHIC PAPER, INC.,

                            Defendant.
-------------------------------------------------------------------x
GRAPHIC PAPER, INC.,

                            Interpleader Plaintiff,

    -against-

EKMAN & CO. AB., and
U.S. BANK NATIONALASSOCIATION,

                            Interpleader Defendants.
-------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that the undersigned attorney is appearing on behalf of Defendant / Interpleader Plaintiff Graphic Paper, Inc. ("Graphic Paper") in the above-captioned action.  Graphic Paper requests that all papers in connection with the above-captioned action be served upon the undersigned at the address listed below.

Dated: November 18, 2010
       Garden City, New York

                                          ETTELMAN & HOCHHEISER, P.C.

                         By:      /s/
                                        Joshua S. Stern
                                        Attorneys for Graphic Paper
                                        100 Quentin Roosevelt Blvd., Suite 401
                                        Garden City, NY 11530
                                        (516) 227-6300

TO:    All Counsel of Record (via ECF)