DUANE MORRIS LLP
Anthony J. Costantini
Mairi Luce
1540 Broadway
New York, NY 10036
212-692-1000
AJCostantini@duanemorris.com
Luce@duanemorris.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EKMAN & Co AB,<br><br>        Plaintiff,<br><br>v.<br><br>GRAPHIC PAPER, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 10-cv-8110<br><br>ECF Case<br><br>**MOTION TO ADMIT COUNSEL**<br><br>***PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, ANTHONY J. COSTANTINI, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:   MAIRI V. LUCE
    Firm Name:   DUANE MORRIS LLP
    Address:   30 SOUTH 17TH STREET
    City/State/Zip:   PHILADELPHIA PA  19103
    Phone Number:   215.979.1538
    Fax Number:   215.689.3594

Mairi V. Luce is a member in good standing of the Bar of the States of Pennsylvania and New Jersey.

There are no pending disciplinary proceeding against Mairi V. Luce in any State or Federal Court.

Dated: November 17, 2010
      New York, New York

Respectfully submitted,

By: _____
Anthony J. Costantini (AC 6633)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
212-692-1000
AJCostantini@duanemorris.com

Attorney for Plaintiff
EKMAN & Co. AB

2

DUANE MORRIS LLP
Anthony J. Costantini
Mairi Luce
1540 Broadway
New York, NY 10036
212-692-1000
AJCostantini@duanemorris.com
Luce@duanemorris.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EKMAN & Co AB, <br><br> Plaintiff, <br><br> v. <br><br> GRAPHIC PAPER, INC., <br><br> Defendant. | CIVIL ACTION NO. 10-cv-8110 <br><br> ECF Case <br><br> **AFFIDAVIT OF ANTHONY J. COSTANTINI IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

ANTHONY J. COSTANTINI, being duly sworn, hereby deposes and says:

1. I am a member of the firm of Duane Morris LLP, attorneys for Plaintiff Ekman & Co AB, ("Ekman"). I am fully familiar with the facts and circumstances set forth below, and I submit this Affidavit in support of Ekman's application for an order admitting Mairi V. Luce pro hac vice to practice law before this Court in this action to act as co-counsel on behalf of Ekman.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1973. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mairi V. Luce since approximately January 2007.

4. Mairi V. Luce is a Partner at Duane Morris LLP, in Philadelphia, Pennsylvania.

5. I have found Ms. Luce to be a skilled attorney and person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

DM1\2395690.1

6. Accordingly, I am pleased to move the admission of Mairi V. Luce, pro hac vice.

7. As demonstrated in her petition in support of this application, Ms. Luce is a member in good standing of the State Bar of Pennsylvania (a copy of which is attached as Exhibit A) and the State Bar of New Jersey (a copy of which is attached as Exhibit B). I have worked with Ms. Luce and can attest that her professional and ethical performance has been of the highest quality.

8. Ekman requests the admission pro hac vice of Ms. Luce because she has a long-standing relationship with Ekman and a thorough knowledge of the facts and circumstances of this litigation.

WHEREFORE it is respectfully requested that the motion to admit Mairi V. Luce, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: November 17, 2010
New York, New York

By: _____
Anthony J. Costantini (AC 6633)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
212-692-1000
AJCostantini@duanemorris.com

Attorney for Plaintiff
EKMAN & Co. AB

Sworn to before me this 17th day of November 2010

_____
Notary Public

ONIKA D. MCLEAN
Notary Public - State of New York
Qualified in Kings County
Reg. No. 01MC6133508
My Commission Expires Sept. 19, 2014

2



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Mairi Valentine Luce, Esq.*

DATE OF ADMISSION

*December 2, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: November 10, 2010

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **MAIRI VALENTINE LUCE** *(No.* **026351996** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 16, 1996** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **12TH** *day of* **November** *, 20* **10**



*Clerk of the Supreme Court*

-453a-

DUANE MORRIS LLP
Anthony J. Costantini
Mairi Luce
1540 Broadway
New York, NY 10036
212-692-1000
AJCostantini@duanemorris.com
Luce@duanemorris.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EKMAN & Co AB, | CIVIL ACTION NO. 10-cv-8110 |
| Plaintiff, | ECF Case |
| v. | **ORDER FOR ADMISSION** <br> **PRO HAC VICE** <br> **ON WRITTEN MOTION** |
| GRAPHIC PAPER, INC., |  |
| Defendant. |  |

Upon the motion of Anthony J. Costantini attorney for Ekman & Co AB and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | MAIRI V. LUCE |
| Firm Name: | DUANE MORRIS LLP |
| Address: | 30 SOUTH 17TH STREET |
| City/State/Zip: | PHILADELPHIA PA  19103 |
| Phone Number: | 215.979.1538 |
| Fax Number: | 215.689.3594 |

is admitted to practice pro hac vice as counsel for Ekman & Co AB in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

DM1\2395690.1

system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the <u>pro</u> <u>hac</u> <u>vice</u> fee to the Clerk of Court.

Dated: _____, 2010
       New York, New York

                                          _____
                                          United States District/Magistrate Judge

DUANE MORRIS LLP
Anthony J. Costantini
Mairi Luce
1540 Broadway
New York, NY 10036
212-692-1000
AJCostantini@duanemorris.com
Luce@duanemorris.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EKMAN & Co AB, | |
| Plaintiff, | CIVIL ACTION NO. 10-cv-8110 |
| v. | ECF Case |
| GRAPHIC PAPER, INC., | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     :ss
COUNTY OF NEW YORK   )

I, Grace Giampietro, being duly sworn, deposes and says:

1.   I am an employee of the law firm of Duane Morris LLP, attorneys for Plaintiff in this action. I am over 18 years of age, not a party to this action, and reside in Queens.

2.   On November 17, 2010, I served a true and correct copy of the Motion for Admittance Pro Hac Vice by first class mail upon counsel for defendants at the address indicated below, designated by them for that purpose:

       Graphic Paper, Inc.,
       31 Windsor Place
       Central Islip, New York

DM1\2395690.1

Dated: New York, New York
November 17, 2010

DUANE MORRIS LLP

By: _____
     Graeme Bitompleno (?)
1540 Broadway
New York, New York 10036
212-692-1000

Sworn to before me this 17th day of November 2010

_____
Notary Public

ONIKA D. MCLEAN
Notary Public - State of New York
Qualified in Kings County
Reg. No. 01MC6203508
Commission Expires June 19, 2011

2

DM1\2395690.1