DUANE MORRIS LLP
Anthony J. Costantini
Mairi Luce
1540 Broadway
New York, NY 10036
212-692-1000
AJCostantini@duanemorris.com
Luce@duanemorris.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #._____
DATE FILED: 11-23-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EKMAN & Co AB,

        Plaintiff,

v.

GRAPHIC PAPER, INC.,

        Defendant.

CIVIL ACTION NO. 10-cv-8110

ECF Case

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Anthony J. Costantini attorney for Ekman & Co AB and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | MAIRI V. LUCE |
| Firm Name: | DUANE MORRIS LLP |
| Address: | 30 SOUTH 17TH STREET |
| City/State/Zip: | PHILADELPHIA PA 19103 |
| Phone Number: | 215.979.1538 |
| Fax Number: | 215.689.3594 |

is admitted to practice pro hac vice as counsel for Ekman & Co AB in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11/23/10, 2010
New York, New York

_____
United States District/Magistrate Judge

2