AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| EKMAN & CO. AB | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-cv-8110 |
| GRAPHIC PAPER, INC. | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| U.S. BANK NATIONAL ASSOCIATION | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   U.S. Bank National Association
U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402

A lawsuit has been filed against defendant __Graphic Paper, Inc.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Ekman & Co. AB__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Gary Ettelman, Esq.
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd, Suite 401, Garden City, NY 11530

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Anthony J. Costantini
Duane Morris, LLP
1540 Broadway, New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: NOV 1 8 2010

RUBY J. KRAJICK
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 10-CV-8110

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Bank National Association

was received by me on *(date)*  11/18/2010  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Service was accepted by U.S. Bank Attorney Jessica Taran by email dated
November 23, 2010. A copy of the email is attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/24/2010

*Server's signature*

Joshua Stern, Esq.
*Printed name and title*
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd.
Suite 401
Garden City, NY 11530
*Server's address*

Additional information regarding attempted service, etc:

# Gary Ettelman

**From:** Jessica Taran [jtaran@wilkauslander.com]
**Sent:** Tuesday, November 23, 2010 2:30 PM
**To:** Gary Ettelman
**Subject:** RE: Ekman v Graphic paper

Gary,

Our client authorized us to accept service.

Jessica Taran, Esq.
Wilk Auslander LLP
675 Third Avenue
New York, New York 10011
(212)421-2233
(212)752-6380
jtaran@wilkauslander.com

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed within.

NOTES: (1) The contents of this electronic mail message and any attachments are confidential, possibly privileged, and intended for the addressee(s) only. (2) Only the addressee(s) may read, disseminate, retain or otherwise use this message and any attachments, and any Wilk Auslander LLP employee may do so only in accordance with Siller Wilk's email and Internet use policies and procedures from time to time in effect. (3) If received in error, please immediately inform the sender and then delete this message completely from your computer system without disclosing its contents to anyone or retaining a copy. (4) Wilk Auslander LLP reserves the right to monitor and review the content of all e-mail communications sent to and received by its employees. (5) Internet communications cannot be guaranteed to be secure or error-free as information could arrive late, contain viruses, or be intercepted, corrupted or lost. The sender therefore does not accept liability for any errors or omissions in the context of this message which arise as a result of Internet transmission. If verification is required please request a hard-copy version.

---

**From:** Gary Ettelman [mailto:gettelman@e-hlaw.com]
**Sent:** Monday, November 22, 2010 12:30 PM
**To:** Jessica Taran
**Subject:** Ekman v Graphic paper

Jessica:

Attached please find a courtesy copy of the interpleader pleading. Please let me know as soon as you can if the Bank will permit you to accept service of process.

Regards
Gary

Gary Ettelman, Esq.
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd.
Suite 401
Garden City, New York 11530
Phone:516.227.6300

1

Fax: 516.227.6307
E-mail: gettelman@e-hlaw.com
Website: www.e-hlaw.com

*******************************************

CONFIDENTIALITY NOTE

To the extent this document constitutes tax advice subject to Circular 230, this tax advice was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. (The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice).

The information contained in the transmission is intended for the named receiver only. The transmission may contain privileged and confidential material. If you are not the named recipient, please be advised that any use, dissemination or unauthorized copying of the materials is strictly prohibited. If you have received this transmission in error, please notify the law offices of Ettelman & Hochheiser, P.C. and delete the received transmission. Thank you.