UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
EKMAN & CO.,

                Plaintiff(s),

    -against-

GRAPHIC PAPER,

                Defendant(s).
--------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

10 civ 8110 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Wednesday, December 22, 2010 at 11:00am** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                        Don Fletcher
                                         Courtroom Case Manager

Dated: New York, New York
          December 6, 2010

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2010