AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

EKMAN & CO. AB.,
　　　　Plaintiff
- against -
GRAPHIC PAPER, INC.,
　　　　Defendant
---------------------------
GRAPHIC PAPER, INC.,
　　　　Interpleader Plaintiff
- against -
EKMAN & CO. AB., and U.S. BANK
NATIONAL ASSOCIATION,
　　　　Interpleader Defendants

**APPEARANCE**

Case Number: 10 CV 8110 (JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for interpleader defendant U.S. Bank National Association.

I certify that I am admitted to practice in this court.

| 12/6/2010 | | |
|---|---|---|
| Date | Signature | |
| | Jessica Taran | JT 1978 |
| | Print Name | Bar Number |
| | 675 Third Avenue | |
| | Address | |
| | New York　　　NY | 10017-5704 |
| | City　　　State | Zip Code |
| | (212) 421-2233 | (212) 752-6380 |
| | Phone Number | Fax Number |