*[handwritten: Please Return to Chambers / Note: Int Bearing Fund —]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,
-----------------------------------------------------------------x

EKMAN & CO. AB.,

                Plaintiff,

Case No. 10 CV 8110 (JGK)

  –against –

GRAPHIC PAPER, INC.,

                Defendant.
-----------------------------------------------------------------x
GRAPHIC PAPER, INC.,

                Interpleader Plaintiff,

  -against-

EKMAN & CO. AB., and
U.S. BANK NATIONAL ASSOCIATION,

                Interpleader Defendants.
-----------------------------------------------------------------x

### ORDER PERMITTING GRAPHIC PAPER TO DEPOSIT MONEY PURSUANT TO FED. R. CIV. P. 67 AND LOCAL RULE 67.1

**THIS MATTER** coming before the Court on the application of interpleader plaintiff Graphic Paper, Inc. ("Graphic Paper") to deposit money in an interest bearing account in the Court Registry pursuant to Fed. R. Civ. P. 67 and Local Rule 67.1, due notice being given to all parties,

1

**IT IS HEREBY ORDERED THAT:**

1. Graphic Paper is granted leave to deposit $1,905,885.33 into an interest bearing account in the Court Registry;

2. The Clerk of Court is directed to deduct from the income on the investment, a fee equal to ten per cent (10%) of the income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office; and

3. Graphic Paper must serve a copy of this Order on all counsel of record and the Clerk of Court and Financial Deputy.

Dated: December 8, 2010
New York, New York

_____
UNITED STATES DISTRICT JUDGE