Koeltl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EKMAN & CO. AB.,

              Plaintiff,

    —against—

GRAPHIC PAPER, INC.,

              Defendant.
-----------------------------------------------------------x
GRAPHIC PAPER, INC.,

              Interpleader Plaintiff,

    -against-

EKMAN & CO. AB., and
U.S. BANK NATIONAL ASSOCIATION,

              Interpleader Defendants.
-----------------------------------------------------------x

Case No. 10 CV 8110 (JGK)

**SO ORDERED**
**STIPULATION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/10

    IT IS HEREBY STIPULATED AND AGREED by and between the parties that the time for Interpleader Defendant U.S. Bank National Association to answer the Interpleader Complaint is extended to January 10, 2011,

    And it is FURTHER STIPULATED AND AGREED that the time for Defendant-Interpleader Plaintiff Graphic Paper, Inc. and Interpleader Defendant U.S. Bank National Association to respond to the motion to dismiss filed on December 10, 2010 by Plaintiff-Interpleader Defendant Ekman & Co AB ("Ekman AB") is extended to January 10, 2011, and the time for reply by Ekman AB is extended to January 18, 2011.

Dated: New York, New York
December 15, 2010

Respectfully submitted,

*signature*

DUANE MORRIS LLP
Anthony J. Costantini
AJCostantini@duanemorris.com
Mairi V. Luce
mvluce@duanemorris.com
1540 Broadway
New York, New York 10036
Tel.: (212) 692-1000
Fax: (212) 692-1020
*Attorneys for Plaintiff-Interpleader
Defendant Ekman & Co AB*


ETTELMAN & HOCHHEISER, P.C.
Gary Ettelman
gettelman@e-hlaw.com
Joshua Steven Stern
jstern@e-hlaw.com
100 Quentin Roosevelt Blvd., Suite 401
Garden City, New York 11530
(516) 227-6300
Fax: (516) 227-6307
*Attorneys for Defendant-Interpleader
Plaintiff Graphic Paper, Inc.*

*signature*

WILK AUSLANDER LLP
Jessica Taran
jtaran@wilkauslander.com
675 Third Avenue
New York, New York 10017
Tel.: (212) 421-2233 x2313
Fax: (212) 752-6380
*Attorneys for Interpleader Defendant U.S.
Bank National Association*

SO ORDERED:

*signature*

Hon. John G. Koeltl, U.S.D.J.

12/23/10

Dated: New York, New York
December 15, 2010

Respectfully submitted,

DUANE MORRIS LLP
Anthony J. Costantini
AJCostantini@duanemorris.com
Mairi V. Luce
mvluce@duanemorris.com
1540 Broadway
New York, New York 10036
Tel.: (212) 692-1000
Fax: (212) 692-1020
*Attorneys for Plaintiff-Interpleader
Defendant Ekman & Co AB*

EITELMAN & HOCHHEISER, P.C.
Gary Eitelman
gettelman@e-hlaw.com
Joshua Steven Stern
jstern@e-hlaw.com
100 Quentin Roosevelt Blvd., Suite 401
Garden City, New York 11530
(516) 227-6300
Fax: (516) 227-6307
*Attorneys for Defendant-Interpleader
Plaintiff Graphic Paper, Inc.*

WILK AUSLANDER LLP
Jessica Taran
jtaran@wilkauslander.com
675 Third Avenue
New York, New York 10017
Tel.: (212) 421-2233 x2313
Fax: (212) 752-6380
*Attorneys for Interpleader Defendant U.S.
Bank National Association*

SO ORDERED:

_____
Hon. John G. Koeltl, U.S.D.J.

