## CERTIFICATE OF SERVICE

The undersigned certifies that on January 10, 2011, she caused a copy of the foregoing (i) Answer, Counterclaim and Crossclaim of U.S. Bank National Association, (ii) Affirmation of Jessica Taran in Opposition to Interpleader Defendant's Motion to Dismiss Interpleader Plaintiff's Complaint, and (iii) accompanying Memorandum of Law in Opposition to Interpleader Defendant's Motion to Dismiss Interpleader Plaintiff's Complaint to be electronically filed with the Clerk of the Court, using the Court's CM/ECF system, which will send electronic notification of the filing to the below CM/ECF participants.  Parties may access this filing through the Court's system.

Anthony Costantini
Duane Morris LLP
1540 Broadway
New York, New York 10036

Gary Ettelman
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd.
Suite 401
Garden City, NY 11530

/s/ Jessica Taran
Jessica Taran