UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
EKMAN & CO. AB.,                          :  ECF Case
                                          :
                                          :
                    Plaintiff,            :
                                          :  Case No. 10 CV 8110 (JGK)
                                          :
      -against-                           :
                                          :
GRAPHIC PAPER, INC.,                      :  APPEARANCE
                                          :
                                          :
                                          :
                    Defendant.            :
------------------------------------------------------------- x
GRAPHIC PAPER, INC.,                      :
                                          :
                                          :
                    Interpleader Plaintiff, :
                                          :
      -against-                           :
                                          :
                                          :
EKMAN & CO. AB., and                      :
U.S. BANK NATIONAL ASSOCIATION,           :
                                          :
                                          :
                    Interpleader Defendants. :
------------------------------------------------------------- x
```

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Interpleader Defendant U.S. Bank National Association.

I certify that I am admitted to practice in this court.

456545v1

Date: January 11, 2011          Signature: _Natalie Shkolnik_ (signed)

Natalie Shkolnik                NS 0880
Print Name                      Bar Number

Wilk Auslander LLP
Company

675 Third Avenue
Address

New York,   New York            10017-5704
City        State               Zip Code

(212) 421-2233                  (212) 752-6380
Phone Number                    Fax Number

2

456545v1