UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

EKMAN & CO. AB.,                                     :   ECF Case
                                                    :
                        Plaintiff,                  :
                                                    :   Case No. 10 CV 8110 (JGK)
                                                    :
          -against-                                 :
                                                    :
GRAPHIC PAPER, INC.,                                :   **<u>APPEARANCE</u>**
                                                    :
                                                    :
                        Defendant.                  :
-------------------------------------------------------------- x

GRAPHIC PAPER, INC.,                                :
                                                    :
                        Interpleader Plaintiff,     :
                                                    :
          -against-                                 :
                                                    :
EKMAN & CO. AB., and                                :
U.S. BANK NATIONAL ASSOCIATION,                     :
                                                    :
                        Interpleader Defendants.    :
-------------------------------------------------------------- x

To the Clerk of this court and all parties of record:

       Enter my appearance as counsel in this case for Interpleader Defendant U.S. Bank

National Association.

       I certify that I am admitted to practice in this court.

Date: January 11, 2011

Signature: _____

Jay S. Auslander                    JA 5866
Print Name                          Bar Number

Wilk Auslander LLP_____
Company

675 Third Avenue_____
Address

New York,   New York        10017-5704
City              State          Zip Code

(212) 421-2233              (212) 752-6380

Phone Number                Fax Number

2

456545v1