UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EKMAN & CO. AB,

       Plaintiff(s),

   -against-

GRAPHIC PAPER,

       Defendant(s).
-------------------------------------------------------X

             **NOTICE OF ORAL ARGUMENT**

             10 civ 8110 (JGK)

To All Parties,

  You are directed to appear for oral argument on the pending motion(s), to be held on **Wednesday, April 13, 2011 at 10:30am** in Courtroom 12B, in front of the Honorable John G. Koeltl.

  **All requests for adjournments must be made in writing to the Court.**

  For any further information, please contact the Court at (212) 805-0107.

                         Don Fletcher
                       Courtroom Case Manager

Dated: New York, New York
     April 1, 2011

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2011