UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EKMAN & CO. AB.,

          Plaintiff,

   - against -

GRAPHIC PAPER, INC.,

          Defendant.

10 Civ. 8110 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

For the reasons explained on the record, Ekman's motion to dismiss Graphic's interpleader complaint is **denied** with respect to Count I. The motion is also **denied** as to Count II, subject to Graphic's payment of the relevant interest into the registry of the Court by **May 13, 2011**. The motion to dismiss is **granted** without prejudice as to Count III. The Clerk is directed to close Docket No. 15.

SO ORDERED.

Dated:   New York, New York
         April 14, 2011

                                      John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 4-14-11