UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,
-------------------------------------------------------------x
EKMAN & CO. AB.,

                         Plaintiff,

      Case No. 10 CV 8110 (JGK)

      –against –

GRAPHIC PAPER, INC.,

                         Defendant.
-------------------------------------------------------------x
GRAPHIC PAPER, INC.,

                      Interpleader Plaintiff,

      -against-

EKMAN & CO. AB., and
U.S. BANK NATIONAL ASSOCIATION,

                    Interpleader Defendants.
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/11

### ORDER PERMITTING GRAPHIC PAPER TO DEPOSIT MONEY PURSUANT TO FED. R. CIV. P. 67 AND LOCAL RULE 67.1

**THIS MATTER** coming before the Court on the application of interpleader plaintiff Graphic Paper, Inc. ("Graphic Paper") to deposit additional money into the existing interest bearing account in the Court Registry where Graphic Paper previously deposited $1,905,885.33 on December 10, 2010 (Receipt No. 823501) (the "Existing Interest Bearing Account"), pursuant to Fed. R. Civ. P. 67 and Local Rule 67.1, due notice being given to all parties,

IT IS HEREBY ORDERED THAT:

1. Graphic Paper is granted leave to deposit $31,517.21 into the Existing Interest Bearing Account in the Court Registry;

2. By prior Order dated December 8, 2010 [Dkt # 14], the Clerk of Court was directed to deduct from the income on the investment, a fee equal to ten per cent (10%) of the income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office. This order is extended to the additional deposit; and

3. Graphic Paper must serve a copy of this Order on all counsel of record and the Clerk of Court and Financial Deputy.

Dated: May 2, 2011
New York, New York

UNITED STATES DISTRICT JUDGE