UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,
-----------------------------------------------------------------x
EKMAN & CO. AB.,

                              Plaintiff,

    -against-

GRAPHIC PAPER, INC.,

                              Defendant.
-----------------------------------------------------------------x
GRAPHIC PAPER, INC.,

                             Interpleader Plaintiff,

    -against-

EKMAN & CO. AB., and
U.S. BANK NATIONAL ASSOCIATION,

                             Interpleader Defendants.
-----------------------------------------------------------------x

Case No. 10 CV 8110 (JGK)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/11
```

## DISCOVERY ORDER

Under the Court's direction of April 13, 2011, the parties herein had a Rule 26(f) conference, and reported orally to the Court on the results thereof on April 28, 2011.

On the basis of the report of this conference and after review of the pleaded claims and defenses in this action and in furtherance of the management of the Court's docket under Fed. R. Civ. P. 16, the Court enters the following Discovery Order, the contents of which it announced orally on April 28, 2011 and confirms in writing herein.

DM1\2612982.2

IT IS THEREFORE ORDERED AND DECREED that the parties will adhere to the following schedule:

1. By May 18, 2011, the parties are required to make the Initial Disclosures required under Rule 26(a), serve any interrogatories and document demands, and serve any subpoenas to third parties;

2. By that same date, U.S. Bank National Association ("U.S. Bank") will respond to the cross-claim of Ekman & Co AB ("Ekman AB").

3. All responses to the discovery demands are to be served and filed by June 9, 2011.

4. Any response to any motion to dismiss will also be due June 9, 2011.

5. All discovery in the case is to be completed by August 26, 2011, one hundred and twenty (120) days after the date of the Court hearing of April 28, 2011.

6. By September 26, 2011, thirty days after the close of discovery, the parties are directed to bring motions for summary judgment, if any, or any other appropriate motions that may be made under the Federal Rules of Civil Procedure.

Dated: May 3, 2011
New York, New York

_____
United States District Judge