

# ETTELMAN & HOCHHEISER, P.C.
## ATTORNEYS AT LAW

GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BOULEVARD
SUITE 401
GARDEN CITY, NY 11530-4850

TEL: (516) 227-6300
FAX: (516) 227-6307
WWW.E-HLAW.COM

DOC #: _____
DATE FILED: 5/23/11

May 19, 2011

**VIA FACSIMILE**

Donald Fletcher
Chambers of The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St., Room 1630
New York, NY 10007-1312
(212) 805-7912



Re: Ekman & Co. AB v. Graphic Paper, Inc.
Case No. 10 CIV 8110

Dear Mr. Fletcher:

The following letter is being submitted on behalf of all parties in this case. There is some confusion as to whether there is a Court conference set for today at 4:30 pm. As you may recall, the parties were previously scheduled for a conference on April 28, 2011. That conference was initially cancelled and a new date of May 19, 2011, was set. (See Exhibit A). However, a few hours later the conference was put back on the April 28th calendar and the parties and the Court conducted the conference, where a discovery schedule was set. The May 19th date should have been stricken because the parties had already conducted the conference as scheduled on April 28th. Please advise right away the status of today's conference. Thank you for your prompt attention to this matter.

Very truly yours,

Joshua S. Stern

cc: Jessica Taran (212-752-6380)
Anthony Costantini (212-202-4715)
Keith Greenberg (212-214-0352)

*No conference is needed at this time.*
*So ordered.*
*5/19/11  /s/ John G. Koeltl*
*U.S.D.J.*

F:\Graphic Paper\Interpleader Action\Letter J.Koeltl 120710.doc

Exhibit "A"



# ETTELMAN & HOCHHEISER, P.C.
## ATTORNEYS AT LAW

GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BOULEVARD
SUITE 401
GARDEN CITY, NY 11530-4850

TEL: (516) 227-6300
FAX: (516) 227-6307
WWW.E-HLAW.COM

April 28, 2011

**VIA FACSIMILE**

Mr. Donald Fletcher
Chambers of The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St., Room 1630
New York, NY 10007-1312
(212) 805-7912

  Re: **Ekman & Co. AB v. Graphic Paper, Inc.**
     <u>Case No. 10 CIV 8110</u>

Dear Mr. Fletcher:

  We represent Defendant/Interpleader Plaintiff Graphic Paper, Inc. ("Graphic") in the above entitled action. During the last Court conference on April 13th, the Court scheduled a conference for today at 4:30 pm. This conference is not listed on the Court computer or in the law journal. I called chambers to confirm and was told that it did not appear to be on the calendar, and that I should write to you by facsimile to confirm. In addition, due to the fact that Graphic Paper has decided to make the additional interpleader deposit, if the conference is still on for this afternoon, Graphic Paper would like to know if it could attend the conference via telephone. Please contact me at 516-227-6300 at your earliest convenience. Thank you very much.

             Very truly yours,

             Joshua S. Stern

cc: Jessica Taran (212-752-6380)
   Anthony J. Costantini (212-202-4715)
   Keith Greenberg (212-214-0352)