UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
EKMAN & CO., AB.,

      Plaintiff,

-against-

GRAPHIC PAPER, INC.,

      Defendants.
---------------------------------------------------------------x
GRAPHIC PAPER, INC.,

      Interpleader Plaintiff,

-against-

EKMAN & CO., AB. and U.S. BANK NATIONAL ASSOCIATION,

      Interpleader Defendants.
---------------------------------------------------------------x

ECF Case

Case No. 10 CV 8110 (JGK)

**STIPULATION AND ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2011

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel as follows:

  1. Interpleader defendant/cross-plaintiff U.S. Bank National Association ("U.S. Bank") seeks to compel production of documents and testimony, in accordance with the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, (the "Hague Convention"), from Great Champ Trading, Ltd., a non-party located in Hong Kong.

  2. Pursuant to Rule 28(b) of the Federal Rules of Civil Procedure, 28 U.S.C. §1781, and the Hague Convention, the Court has the power to execute the "Letter of Request" attached to this stipulation in the form of Exhibit A (the "Letter of Request").

1

3. Pursuant to Rule 28(b) of the Federal Rules of Civil Procedure, 28 U.S.C. §1781, and the Hague Convention, the Clerk of the Court shall:

 (i) execute the Letter of Request;

 (ii) direct the Clerk of the Court to authenticate the Court's signature under the seal of the Court; and

 (iii) direct the Clerk of the Court to return the executed and authenticated Letter of Request to counsel for U.S. Bank.

4. Upon receipt of the Letter of Request from the Court, counsel for U.S. Bank shall cause it to be transmitted promptly to the Chief Secretary for Administration of Hong Kong, or any other appropriate Hong Kong authority, for execution in accordance with Article 2 of the Hague Convention.

5. This Stipulation and Order may be executed in counterparts and a signature transmitted by facsimile or e-mail may be filed as an original.

Dated: New York, New York
     June __, 2011

ETTELMAN & HOCHHEISER, P.C.

By: _____
    Gary Ettelman, Esq.
100 Quentin Roosevelt Blvd.
Garden City, New York 11530
(516) 973-8000

*Attorneys for Defendant/Interpleader Plaintiff Graphic Paper, Inc.*

Dated: New York, New York
     June _3_, 2011

WILK AUSLANDER LLP

By: _____
    Joseph Zelmanovitz, *Of Counsel*
    Jessica Taran
675 Third Avenue
New York, New York 10017
(212) 421-2233

*Attorneys for Interpleader Defendant U.S. Bank National Association*

Dated: New York, New York
     June __, 2011

DUANE MORRIS

By: ___Anthony J. Costantini (pp)___
    Anthony J. Costantini
1540 Broadway
New York, New York 10036
(212) 692-1000

*Attorneys for Plaintiff/Interpleader plaintiff Ekman & Co., AB..*

SO ORDERED:

_____
               U.S.D.J.

6/13/11

510974v2