UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,
-------------------------------------------------------------------x
EKMAN & CO AB,

                        Plaintiff,

-against-

GRAPHIC PAPER, INC.,

                        Defendant.
-------------------------------------------------------------------x
GRAPHIC PAPER, INC.,

                        Interpleader Plaintiff,

-against-

EKMAN & CO AB, and
U.S. BANK NATIONAL ASSOCIATION,

                        Interpleader Defendants.
-------------------------------------------------------------------x

Case No. 10 CV 8110 (JGK)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that KEITH D. GREENBERG hereby enters his appearance as counsel for on behalf of Plaintiff-Interpleader Defendant EKMAN & Co AB, ("Plaintiff") in the above-captioned action.

Dated: New York, New York
       June 20, 2011

                                                  DUANE MORRIS LLP

                                                  By: _____/s/_____
                                                      Keith D. Greenberg
                                                      E-mail: kdgreenberg@duanemorris.com
                                                      1540 Broadway
                                                      New York, NY 10036-4086
                                                      Telephone: 212.471.1893