UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,
-------------------------------------------------------------x
EKMAN & CO. AB.,

      Plaintiff,

Case No: 10 CV 8110 (JGK)

–against–

**SO ORDERED**
**STIPULATION**

GRAPHIC PAPER, INC.,

      Defendant.
-------------------------------------------------------------x
GRAPHIC PAPER, INC.,

      Interpleader Plaintiff,

-against-

EKMAN & CO. AB., and
U.S. BANK NATIONAL ASSOCIATION,

      Interpleader Defendants.
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/21/11

**WHEREAS** on October 25, 2010, Plaintiff/ Interpleader Defendant Ekman & Co. AB. ("Ekman") filed its Complaint [Dkt # 1] against Defendant/Interpleader Plaintiff Graphic Paper, Inc. ("Graphic"), asserting a cause of action for the payment of certain invoices totaling $1,905,885.33 plus interest (the "Invoice Claims"), and a cause of action relating to certain undelivered inventory ("Inventory Claims");

**WHEREAS** on November 18, 2010, Graphic filed an interpleader action against Ekman and Interpleader Defendant U.S. Bank National Association ("U.S. Bank") pursuant to Fed. R.

1

Civ. P. 22 and 28 U.S.C. § 1335 seeking to interplead the Invoice Claims (the "Interpleader Action");

**WHEREAS** on December 10, 2010, Graphic Paper deposited $1,905,883.33 into an interest bearing account in the Court's Registry (the "Principal Deposit");

**WHEREAS** by making the Principal Deposit into the Court's Registry, Graphic Paper no longer claims any right to the Principal Deposit;

**WHEREAS** U.S. Bank has filed a cross-claim naming Graphic Paper as a Cross-claim Defendant and which seeks, in part, payment of the Principal Deposit (the "U.S. Bank Cross-Claim");

**WHEREAS** on December 10, 2010, Ekman filed a motion to dismiss the Interpleader Action (the "Motion to Dismiss");

**WHEREAS** on April 14, 2011, the Court denied the Motion to Dismiss [See Dkt # 28] and permitted the Interpleader Action to proceed under Fed. R. Civ. P. 22 (Count I), and also permitted the Interpleader Action to proceed under 28 U.S.C. § 1335 (Count II) pending the deposit of the relevant interest requested by Ekman;

**WHEREAS** on May 3, 2011, the Court entered an agreed order permitting Graphic to make an additional deposit of $31,517.21 representing the interest set forth in Ekman's Complaint;

**WHEREAS** on May 5, 2011, Graphic Paper deposited $31,517.21 into an interest bearing account in the Court's Registry (the "Interest Deposit")

**WHEREAS** Ekman now asserts that in addition to the Interest Deposit it has the right to recover $31,449.49 of post-October 20th interest from Graphic Paper (the "Additional

2

Interest")(Ekman's claim to recover the Interest Deposit and Additional Interest are collectively, referred to as the "Interest Claims");

**WHEREAS** the Interest Deposit was deposited into the Court's Registry by Graphic Paper after a mutual miscommunication by the parties as to the total amount of the Interest Claim and was thus made in error;

**NOW THEREFORE**, in consideration of the mutual covenants contained herein, it is hereby stipulated and agreed, by and between counsel for Ekman, Graphic Paper, and U.S. Bank that Graphic Paper is dismissed with prejudice with respect to the Invoice Claims, but not with respect to the Interest Claims or the Inventory Claims;

**IT IS FURTHER STIPULATED AND AGREED** that Graphic Paper is dismissed with prejudice with respect to the U.S. Bank Cross-Claim;

**IT IS FURTHER STIPULATED AND AGREED** that Graphic Paper be permitted to withdraw the Interest Deposit from the Court's Registry, the deposit having been made based upon a mutual miscommunication of the amount of the total Interest Claimed by Ekman;

**IT IS FURTHER STIPULATED AND AGREED** that Count II be dismissed without prejudice in accordance with the Court's April 14, 2011, Order;

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation shall not constitute a waiver, or prejudice of Graphic Paper's right to seek attorneys' fees and costs associated with the Interpleader Action, or Graphic Paper's right to assert claims against U.S. Bank for any damages awarded against it;

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation shall not constitute a waiver, or prejudice, of U.S. Bank's (i) claim to the Principal Deposit and any applicable interest thereon; (ii) right to seek attorneys' fees and costs associated with the

3

Interpleader Action or pursuant to applicable law in connection with the collection of a judgment; and (iii) right to assert claims against any of the parties hereto for any damages awarded;

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation shall not constitute a waiver, or prejudice of Ekman's right to seek attorneys' fees and costs associated with the Interpleader Action;

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same document. Facsimile signatures or signatures emailed in portable document format (.pdf) shall be acceptable and deemed binding on the parties hereto as if they were originals.

Dated: Garden City, New York
June 16, 2011

ETTELMAN & HOCHHEISER, P.C.

BY: _____
Gary Ettelman
gettelman@e-hlaw.com
Joshua Steven Stern
jstern@e-hlaw.com
100 Quentin Roosevelt Blvd. Suite 401
Garden City, New York 11530
Tel.: (516) 227-6300
Fax: (516) 227-6307
*Attorneys for Defendant-Interpleader Plaintiff Graphic Paper, Inc.*

DUANE MORRIS LLP

BY: _____
Anthony J. Costantini
AJCostantini@duanemorris.com
Matin V. Luce
mvluce@duanemorris.com
1540 Broadway
New York, New York 10036
Tel.: (212) 692-1000
Fax: (212) 692-1020
*Attorneys for Plaintiff-Interpleader Defendant Ekman & Co AB*

**SO ORDERED:**

_____
U.S.D.J.

6/21/11

4

WILK AUSLANDER LLP

BY: _____
Jessica Taran
jtaran@wilkauslander.com
Joseph Zelmanovitz, of Counsel
675 Third Avenue
New York, New York 10017
Tel.: (212) 421-2233 x2313
Fax: (212) 752-6380
*Attorneys for Interpleader Defendant U.S. Bank National Association*

SO ORDERED:

_____
Hon. John G. Koeltl, U.S.D.J.