```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
EKMAN & CO. AB.,

                  Plaintiff,
                                              10 Civ. 8110(JGK)
        - against -
                                              MEMORANDUM OPINION AND
GRAPHIC PAPER, INC.,                                  ORDER

                  Defendant.
────────────────────────────────────────
GRAPHIC PAPER, INC.,

     Interpleader Plaintiff,

        - against -

EKMAN & CO. AB., and U.S. BANK
NATIONAL ASSOCIATION,

     Interpleader Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The motion by the defendant/ interpleader-plaintiff Graphic Paper, Inc. to amend its pleadings to file a cross-claim against U.S. Bank for indemnification is **granted**. The Court cannot say that the amendment is futile. See Foman v. Davis, 371 U.S. 178, 182 (1962).

The motion to file the amended pleading is granted. Any responsive pleading must be filed within fourteen days of the

1

date of this Order. The Clerk is directed to close Docket No. 42.

SO ORDERED.

Dated:  New York, New York
        July 20, 2011

_____
John G. Koeltl
United States District Judge