**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------

**EKMAN & CO. AB.,**

              Plaintiff,

    - against -                    10 Civ. 8110(JGK)

**GRAPHIC PAPER, INC.,**                  <u>**MEMORANDUM OPINION AND**</u>
                                                          <u>**ORDER**</u>
              Defendant.
------------------------------------

**GRAPHIC PAPER, INC.,**

      Interpleader Plaintiff,

    - against -

**EKMAN & CO. AB., and U.S. BANK**
**NATIONAL ASSOCIATION,**

      Interpleader Defendants.
------------------------------------

**JOHN G. KOELTL, District Judge:**

     The motion by the defendant/ interpleader-plaintiff Graphic Paper, Inc. to amend its pleadings to file a cross-claim against U.S. Bank for indemnification is **granted**. The Court cannot say that the amendment is futile. See <u>Foman v. Davis</u>, 371 U.S. 178, 182 (1962).

     The motion to file the amended pleading is granted. Any responsive pleading must be filed within fourteen days of the

1

date of this Order. The Clerk is directed to close Docket No. 42.

SO ORDERED.

Dated:   New York, New York
         July 20, 2011

/s/ John G. Koeltl
John G. Koeltl
United States District Judge