UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| EKMAN & CO. AB., | ECF CASE |
| Plaintiff, | |
| -against- | Case No. 10 CV 8110 (JGK) |
| GRAPHIC PAPER, INC., | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GRAPHIC PAPER, INC.,

               Interpleader Plaintiff,

   -against-

EKMAN & CO. AB. and
U.S. BANK NATIONAL ASSOCIATION,

               Interpleader Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that, effective September 12, 2011, Wilk Auslander LLP will move to a new location. All motions, notices, briefs, letters, memoranda, and other papers in the above-captioned matter that otherwise would be served on or sent to Wilk Auslander LLP at 675 Third Avenue, 9th Floor, New York, New York 10017 (or an individual attorney at the firm) should in the future be served on or sent to:

               Wilk Auslander LLP
               1515 Broadway, 43rd Floor
               New York, New York 10036

     Wilk Auslander LLP e-mail addresses and phone numbers have not been affected by this change. Please update your records, effective September 12, 2011, accordingly.

542977v1

Dated: New York, New York
       August 19, 2011

WILK AUSLANDER

By: _____
Jay S. Auslander (JA-5866)
Natalie Shkolnik (NS-0880)
Jessica Taran (JT-1978)
675 Third Avenue
New York, New York 10017
(212) 421-2233

*Attorneys for Interpleader Defendant U.S. Bank National Association*

To:

Anthony J. Costantini, Esq.
Keith D. Greenberg, Esq.
Duane Morris LLP
1540 Broadway
New York, New York 10036

*Attorneys for Plaintiff/Interpleader Defendant Ekman & Co. AB.*

Gary Ettelman, Esq.
Joshua S. Stern, Esq.
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

*Attorneys for Defendant/Interpleader Plaintiff Graphic Paper, Inc.*

542977v1