UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EKMAN & CO. AB.,                              ECF Case

                                              Case No. 10 CV 8110 (JGK)
                    Plaintiff,

     -against -

                                              USDC SDNY
                                              DOCUMENT
GRAPHIC PAPER, INC.,                          ELECTRONICALLY FILED
                                              DOC# _____
                                              DATE FILED: 9/22/11

                    Defendants.
-------------------------------------------------------------x   [PROPOSED] ORDER
GRAPHIC PAPER, INC.,

                    Interpleader Plaintiff,
     -against -


EKMAN & CO. AB. and
U.S. BANK NATIONAL ASSOCIATION,

                    Interpleader Defendants.
-------------------------------------------------------------x

   IT IS HEREBY ORDERED THAT, in accordance with the telephonic conference held by the Court on September 20, 2011, with counsel for plaintiff/interpleader defendant Ekman & Co. AB., defendant/interpleader plaintiff Graphic Paper, Inc., and interpleader defendant U.S. Bank National Association, the discovery period and related deadlines are extended as follows:

- The discovery cut-off is extended until October 7, 2011, for the sole purpose of conducting the deposition of Mr. Joel Morgenthau, Esq.

557568v2

- By November 7, 2011, thirty days after the close of discovery, the parties are directed to bring motions for summary judgment, if any, or any other appropriate motions that may be made under the Federal Rules of Civil Procedure.

Dated: September 22, 2011
      New York, New York

                                                      United States District Judge

557568v2