United States District Court
Southern District of New York
-----------------------------------

EKMAN & CO. AB,

                Plaintiff,      10 Civ. 8110(JGK)

    - against -              ORDER

GRAPHIC PAPER, INC., ET AL.,

                Defendants.
-----------------------------------

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **December 13, 2011 at 4:30 p.m.**

    Discovery in this case is extended until November 30, 2011, for the sole purpose of taking the deposition of Great Champ. There will be no further extensions of discovery in this case.

SO ORDERED.

Dated:    New York, New York
           October 20, 2011

                                          John G. Koeltl
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/21/11