UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EKMAN & CO. AB.,

                 Plaintiff,

    --against--

GRAPHIC PAPER, INC.,

                 Defendant.
-------------------------------------------------------------x
GRAPHIC PAPER, INC.,

                 Interpleader Plaintiff,

    -against-

EKMAN & CO. AB., and
U.S. BANK NATIONAL ASSOCIATION,

                 Interpleader Defendants.
-------------------------------------------------------------x

Case No. 10 CV 8110 (JGK)

**SO ORDERED**
**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/21/11

    IT IS HEREBY STIPULATED AND AGREED by and between the parties that the parties will submit any motion for summary judgment on or before January 18, 2012;

    And it is FURTHER STIPULATED AND AGREED that the parties will submit any briefs in opposition to motions for summary judgment on or before February 15, 2012;

    And it is FURTHER STIPULATED AND AGREED that the parties will submit any briefs in reply to any oppositions to motions for summary judgment on or before February 29, 2012;

    And it is FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts, each of which shall be deemed to be an original, but all of which shall

DM1\3013825.2

constitute one and the same document. Facsimile signatures or signatures emailed in portable document format (.pdf) shall be acceptable and deemed binding on the parties hereto as if they were originals.

Dated: December 16, 2011
New York, New York

Respectfully submitted,

*[signature]*

DUANE MORRIS LLP
Anthony J. Costantini, Esq.
ajcostantini@duanemorris.com
Keith D. Greenberg, Esq.
kdgreenberg@duanemorris.com
1540 Broadway
New York, New York 10036
Tel.: (212) 692-1000
Fax: (212) 692-1020
*Attorneys for Plaintiff-Interpleader Defendant Ekman & Co AB*

*[signature]*

ETTELMAN & HOCHHEISER, P.C.
Gary Ettelman, Esq.
gettelman@e-hlaw.com
Joshua Stern, Esq.
jstern@e-hlaw.com
100 Quentin Roosevelt Blvd., Suite 401
Garden City, New York 11530
(516) 227-6300
Fax: (516) 227-6307
*Attorneys for Defendant-Interpleader Plaintiff Graphic Paper, Inc.*

*[signature]*

WILK AUSLANDER LLP
Joseph Zelmanovitz
Jessica Taran
jtaran@wilkauslander.com
1515 Broadway
43rd Floor
New York, NY 10036
Tel.: (212) 421-2233 x2313
Fax: (212) 752-6380

SO ORDERED:

*[signature]*
U.S.D.J.

12/20/11

DM1\3013625.2

*Attorneys for Interpleader Defendant U.S. Bank National Association*

SO ORDERED:

_____
Hon. John G. Koeltl
United States District Judge

3

DM1\3013825.2