AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

EKMAN & CO. AB.,
        Plaintiff
- against -
GRAPHIC PAPER, INC.,
        Defendant
---------------------------
GRAPHIC PAPER, INC.,
        Interpleader Plaintiff
- against -
EKMAN & CO. AB., and U.S. BANK
NATIONAL ASSOCIATION,
        Interpleader Defendants

**APPEARANCE**

Case Number: 10 CV 8110 (JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for interpleader defendant U.S. Bank National Association.

I certify that I am admitted to practice in this court.

| 1/17/2012 | *(signature)* |
|---|---|
| Date | Signature |
| | Joseph Zelmanovitz      JZ 0085 |
| | Print Name      Bar Number |
| | 1515 Broadway, 43rd Floor |
| | Address |
| | New York    NY    10036 |
| | City    State    Zip Code |
| | (212) 981-2300    (212) 752-6380 |
| | Phone Number    Fax Number |