UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,
-----------------------------------------------------------------------x
EKMAN & CO AB,

                       Plaintiff,

  –against –

GRAPHIC PAPER, INC.,

                       Defendant.
-----------------------------------------------------------------------x
GRAPHIC PAPER, INC.,

                       Interpleader Plaintiff,

  -against-

EKMAN & CO AB, and
U.S. BANK NATIONAL ASSOCIATION,

                       Interpleader Defendants.
-----------------------------------------------------------------------x

Case No. 10 CV 8110 (JGK)

**PLAINTIFF-INTERPLEADER DEFENDANT EKMAN & CO AB'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the Declaration of Anthony J. Costantini, the exhibits thereto, an accompanying memorandum of law and a statement of material facts pursuant to Local Rule 56.1, Plaintiff-Interpleader Defendant Ekman & Co AB ("Ekman AB") hereby moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment (i) as to the ownership of the amount interpleaded by Defendant-Interpleader Plaintiff Graphic Paper, Inc. ("Graphic"), (ii) as to Ekman AB's claim for undeposited contractual interest against Graphic, and (iii) as to Ekman AB's other damages for breach of

contract against Graphic.

Dated: January 18, 2012
       New York, New York

                                       DUANE MORRIS LLP

                                       By:   /s/ Anthony J. Costantini, Esq.
                                                   Anthony J. Costantini, Esq.
                                                     ajcostantini@duanemorris.com
                                                   Mairi V. Luce, Esq.
                                                   luce@duanemorris.com
                                                 Keith D. Greenberg, Esq.
                                                 kdgreenberg@duanemorris.com
                                     1540 Broadway
                                     New York, NY 10036
                                     (212) 692-1000
                                   *Attorneys for Plaintiff-Interpleader*
                                   *Defendant Ekman & Co AB*

TO:    Gary Ettelman, Esq.
          Joshua Stern, Esq.
          Ettelman & Hochheiser, P.C.
          Suite 401
          100 Quentin Roosevelt Boulevard
          Garden City NY  11530
          *Counsel for Defendant-Interpleader*
          *Plaintiff Graphic Paper, Inc.*


          Joseph Zelmanovitz, Esq.
          Jessica Taran, Esq.
          Wilk Auslander LLP
          1515 Broadway
          43rd Floor
          New York, NY 10036
          *Counsel for Interpleader Defendant*
          *U.S. Bank, N.A.*