UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

EKMAN & CO AB.,

                      Plaintiff,

-against -

GRAPHIC PAPER, INC.,

                      Defendant.

-----------------------------------------------------------x

GRAPHIC PAPER, INC.,

                      Interpleader Plaintiff,

-against -

EKMAN & CO AB. and
U.S. BANK NATIONAL ASSOCIATION,

                      Interpleader Defendants.

-----------------------------------------------------------x

ECF Case

Case No. 10 CV 8110 (JGK)

**DECLARATION OF JESSICA TARAN IN SUPPORT OF INTERPLEADER DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**

      Jessica Taran declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

      1.    I am a member of the bar of this Court and am associated with Wilk Auslander LLP, counsel for interpleader defendant U.S. Bank National Association ("U.S. Bank") in this action. I submit this declaration in support of U.S. Bank's motion, pursuant to Fed. R. Civ. P. 56(a), for an order granting it summary judgment dismissing the cross-claims asserted against U.S. Bank by plaintiff/interpleader defendant Ekman & Co AB. ("Ekman") and defendant/interpleader plaintiff Graphic Paper, Inc. ("Graphic"). I have personal knowledge of the facts set forth below.

579561v1

2. Attached as Exhibit N to the accompanying declaration of Joseph Zelmanovitz (the "Zelmanovitz Declaration") is a copy of an email I received from Joel L. Morgenthau, Esq., attorney for Graphic, on August 24, 2010. This email refers to telephone conversations I had with Mr. Morgenthau on August 20 and 23, 2010.

3. Attached as Exhibit O to the Zelmanovitz Declaration is a copy of my email, dated August 24, 2010, to Mr. Morgenthau, which was written in response to his email to me of that date (Exhibit N).

4. During the telephone conversations I had with Mr. Morgenthau, which are referred to in Exhibit N, Mr. Morgenthau expressed concern on the part of Graphic that the funds being withheld by Graphic from Ekman might be subject to the restraining notice served by U.S. Bank on Graphic on or about August 5, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2012 in New York, New York.

/s/ Jessica Taran<br>
Jessica Taran<br>
(JT- 1978)