UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| EKMAN & CO AB., | ECF Case |
| Plaintiff, | Case No. 10 CV 8110 (JGK) |
| -against - | |
| GRAPHIC PAPER, INC., | |
| Defendant. | |

-------------------------------------------------------------x

GRAPHIC PAPER, INC.,

    Interpleader Plaintiff,

-against -

EKMAN & CO AB. and
U.S. BANK NATIONAL ASSOCIATION,

    Interpleader Defendants.

-------------------------------------------------------------x

**DECLARATION OF JESSICA TARAN IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY GRAPHIC PAPER, INC.**

    Jessica Taran declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

    1.    I am a member of the bar of this Court and am associated with Wilk Auslander LLP, counsel for interpleader defendant U.S. Bank National Association ("U.S. Bank") in this action. I submit this declaration in opposition to the motion for summary judgment filed by defendant/interpleader plaintiff Graphic Paper, Inc. ("Graphic"). I have personal knowledge of the facts set forth below.

    2.    I attach as Exhibit A to this declaration a copy of the transcript of the oral argument held in this action on April 13, 2011.

587820v1

3. I attach as Exhibit B to this declaration a copy of Exhibit 20 marked at the deposition of Len Aronica taken on July 18, 2011, on behalf of Graphic.

4. I attach as Exhibit C to this declaration a copy of an excerpt of the transcript of the deposition of Mr. Tim Sung taken on September 13, 2011, on behalf of Paper Max, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2012 in New York, New York.

                                                        /s/ Jessica Taran
                                                          Jessica Taran
                                                          (JT- 1978)

587820v1