

**Ekman & Co AB**
Lilla Bommen 1
P.O. Box 230
SE-401 23 Gothenburg, Sweden
+46 31 750 56 00, FAX +46 31 750 56 80   info@ekman-co.se

**STATEMENT OF ACCOUNT**
As Of 09/21/2010



FOR:
Graphic Paper
31 Windsor Place
P.O. Box 9024
Central Islip, NY 11722

Account Number: 5064

| INVOICE NO. | REFERENCE | DATE | DUE DATE | PO NUMBER | PAST DUE | ORIG. AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| **USD** | | | | | | | |
| 4649691 | JKTCIS100460 | 10/16/2009 | 01/12/2010 | 4623715 | 252 | 19,801.85 | 1,092.55 |
| 4651070 | PAJKT0911056 | 11/26/2009 | 02/24/2010 | 4624329 | 209 | 459,441.41 | -1,657.27 |
| 4651618 | PASUB0912056 | 12/23/2009 | 03/22/2010 | 4624808 | 178 | 3,618,624.04 | 10.00 |
| 4651624 | PAJKT0912120 | 12/31/2009 | 03/31/2010 | 4624620 | 174 | 562,188.91 | -1,404.55 |
| 4654050 | PASGP100404 | 04/13/2010 | 07/11/2010 | 4624950 | 72 | 18,042.50 | 18,042.50 |
| 4654425 | SINCIS040804 | 04/24/2010 | 07/23/2010 | 4625476 | 60 | 498,960.00 | -1,526.06 |
| 4654709 | PASUB1005011 | 05/04/2010 | 08/02/2010 | 4625770 | 50 | 265,812.55 | 265,812.55 |
| 4655150 | PAJKT1005035 | 05/16/2010 | 08/13/2010 | 4625768 | 39 | 360,104.10 | 351,370.84 |
| 4655315 | PASGP1006003 | 06/01/2010 | 08/30/2010 | 4625769 | 15 | 177,144.00 | 177,144.00 |
| 4655482 | PASGP1006004 | 06/10/2010 | 09/08/2010 | 4625769 | 13 | 200,640.00 | 200,640.00 |
| 4655550 | PASGP1006005 | 06/11/2010 | 09/09/2010 | 4625769 | 12 | 173,880.00 | 173,880.00 |
| 4655793 | PAJKT1006018 | 06/13/2010 | 09/11/2010 | 4626049 | 10 | 310,330.07 | 301,952.29 |
| 4656427 | PAJKT1006054 | 06/30/2010 | 09/28/2010 | 4626425 | -7 | 195,164.90 | 195,164.90 |
| 4656544 | PAJKT1007032 | 07/04/2010 | 10/02/2010 | 4626425 | -11 | 197,169.49 | 197,169.49 |
| | | | | **Total (USD):** | | 3,640,413.0 | 1,907,688.26 |



**Ekman**

Ekman & Co AB
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 750 55 00, FAX +46 31 750 55 80   info@ekman-co.se

VAT NO.: SE556020459501

PO 465 778

(1)

# INVOICE

No. 4654060

**SOLD TO:**
Graphic Paper
31 Windsor Place
P.O. Box 9024
Central Islip, NY 11722
USA

**SHIP TO:**
Graphic Paper - New York Whse
31 Windsor Place
Central Islip, NY 11722
USA

| DATE | SHIPPED VIA | DELIVERY TERMS |
|---|---|---|
| Apr 12, 2010 | VESSEL | DDP-Central Islip , NY 11722 |

| PAYMENT TERMS | YOUR ORDER NO. | YOUR REL. NO. | TRANSACTION NO. |
|---|---|---|---|
| OPEN ACCOUNT 90 days from bill of lading date | PL912-A | PASGP1004041 | 4624949 |

| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 88.67432 MT | 3920 Carton | PHOTOCOPY PAPER TRUTONE IK ORIGINAL WHITE 042<br>*BW 20lb, SZ 8.5X11-IN, 10M, 19600000 SHEETS*<br>*40box/pal) PAPERLINE MULTI PURPOSE* | 45.00/CWT | 88 200.00 USD |
| 17.37292 MT | 768 Cartons | PHOTOCOPY PAPER TRUTONE IK ORIGINAL WHITE 042<br>*BW 20lb, SZ 8.5X11-IN, 10M, 3840000 SHEETS*<br>*16box/pal) PAPERLINE MULTI PURPOSE* | 45.00/CWT | 17 280.00 USD |
| 7.23872 MT | 8 Cartons | PHOTOCOPY PAPER TRUTONE IK ORIGINAL WHITE 042<br>*BW 20lb, SZ 11 x 17-IN, 20M, 800000 SHEETS*<br>*40box/pal) PAPERLINE MULTI PURPOSE A* | 45.00/CWT | 7 200.00 USD |
| 2.53355 MT | 112 Cartons | PHOTOCOPY PAPER TRUTONE IK ORIGINAL WHITE 042<br>*BW 20lb, SZ 11 x 17-IN, 20M, 280000 SHEETS*<br>*16box/pal) PAPERLINE MULTI PURPOSE A* | 45.00/CWT | 2 520.00 USD |
| 3.4548 MT | 120 Cartons | PHOTOCOPY PAPER TRUTONE IK ORIGINAL WHITE 042<br>*BW 20lb, SZ 8.5 x 14-IN, 12.75M, 600000 SHEETS*<br>*30box/pal) PAPERLINE MULTI PURPOSE* | 45.00/CWT | 3 442.50 USD |

EKM-GRA-000046



Ekman & Co AB
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 750 55 00, FAX +46 31 750 56 80   info@ekman-co.se



**INVOICE**

No. 4654060

PAGE 2

| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 119.27431 MT | 4928 | | Total Amount | $ 118 642.50 USD |

Payment Due By: Jul 11, 2010       INTEREST WILL BE CHARGED ON ALL OVERDUE AMOUNTS AT THE RATE OF 12% PER ANNUM.

Remit Payment To:

Wire Instructions:
USD ACCT # 5747 82 38041 WITH SKANDINAVISKA ENSKILDA BANKEN, GOTHENBURG, SWEDEN.
WE PREFER PAYMENT VIA IBAN STANDARD:
SE6350000000057478238041 SWIFT: ESSESESS

EKM-GRA-000047



**Ekman & Co AB**
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 750 55 00, FAX +46 31 750 56 80   info@ekman-co.se

VAT NO.: SE556020459601

P.O. 466549

⑨

**INVOICE**

No. 4654703

**SOLD TO:**
Graphic Paper
31 Windsor Place
P.O. Box 9024
Central Islip, NY 11722
USA

**SHIP TO:**
Graphic Paper – New York Whse
31 Windsor Place
Central Islip, NY 11722
USA

| DATE | SHIPPED VIA | DELIVERY TERMS | |
|---|---|---|---|
| May 04, 2010 | VESSEL | CIF. NJ port | |
| PAYMENT TERMS | YOUR ORDER NO. | YOUR REL. NO. | TRANSACTION NO. |
| OPEN ACCOUNT 90 days from bill of lading date | PLA03R | PASUB1005011 | 4625770 |

| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 184.5792 MT | 8160 Carton | RECYCLED PAPER TK SINAR ROYAL WHITE 063 BW 20lb, SZ 8.5X11-IN, 10M, 40800000 SHEETS 40box/pal) PAPERLINE PCW 30% A Qly | 51.50/CWT | 210 120.00 USD |
| 44.51616 MT | 1968 Carton | RECYCLED PAPER TK SINAR ROYAL WHITE 063 BW 20lb, SZ 8.5 x 11-IN, 10M, 9840000 SHEETS 16box/pal) PAPERLINE PCW 30% A Qly | 51.50/CWT | 50 676.00 USD |
| 4.14576 MT | 144 Cartons | RECYCLED PAPER TK SINAR ROYAL WHITE 063 BW 20lb, SZ 8.5 x 14-IN, 12.72M, 720000 SHEETS 12.72-M. PCW 30% A Qly | 51.50/CWT | 4 716.58 USD |
| 233.24112 MT | 10272 | | **Total Amount** | **$ 265 512.58 USD** |

Payment Due By: Aug 02, 2010

INTEREST WILL BE CHARGED ON ALL OVERDUE AMOUNTS AT THE RATE OF 12% PER ANNUM.

**Remit Payment To:**

**Wire Instructions:**
USD ACCT # 5747 82 38041 WITH SKANDINAVISKA ENSKILDA BANKEN, GOTHENBURG, SWEDEN.
WE PREFER PAYMENT VIA IBAN STANDARD:
SE6350000000057478238041 SWIFT: ESSESESS

EKM-GRA-000075



Ekman & Co AB
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 750 55 00, FAX +46 31 750 56 80   info@ekman-co.se

VAT NO.: SE556020459501

PO. 466577



**INVOICE**

No. 4655150

**SOLD TO:**
Graphic Paper
31 Windsor Place
P.O. Box 9024
Central Islip, NY 11722
USA

**SHIP TO:**
Graphic Paper - New York Whse
31 Windsor Place
Central Islip, NY 11722
USA

| DATE | SHIPPED VIA | DELIVERY TERMS | |
|---|---|---|---|
| May 15, 2010 | VESSEL | DDP-Central Islip, NY 11722 | |
| | PAYMENT TERMS | YOUR ORDER NO. | YOUR REL. NO. | TRANSACTION NO. |
| | OPEN ACCOUNT 90 days from bill of lading date | PA03Y | PAJKT1005035 | 4625768 |

| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 8.469 MT | 7 Reels | 2/S Coated Packaging Grade Board Gloss PD Ultimate White 024<br>BW 151lb, WD 38.5in, DIA 50in, 6in CORE, CAL 10 (1rol/bundle) Graphic C2S Cover A Qly | 44.50/CWT | 8 308.49 USD |
| 16.171 MT | 11 Reels | 2/S Coated Packaging Grade Board Gloss PD Ultimate White 024<br>BW 151lb, WD 46.5in, DIA 50in, 6in CORE, CAL 10 (1rol/bundle) Graphic C2S Cover A Qly | 44.50/CWT | 15 864.51 USD |
| 20.181 MT | 11 Reels | 2/S Coated Packaging Grade Board Gloss PD Ultimate White 024<br>BW 151lb, WD 56.5in, DIA 50in, 6in CORE, CAL 10 (1rol/bundle) Graphic C2S Cover A Qly | 44.50/CWT | 19 798.51 USD |
| 9.858 MT | 7 Reels | 2/S Coated Packaging Grade Board Gloss PD Ultimate White<br>BW 172lb, WD 46.5in, DIA 50in, 6in CORE, CAL 12 (1rol/bundle) Graphic C2S Cover A Qly | 44.50/CWT | 9 671.16 USD |
| 36.152 MT | 24 Reels | 2/S Coated Packaging Grade Board Gloss PD Ultimate 024<br>BW 172lb, WD 50.5in, DIA 50in, 6in CORE, CAL 12 (1 rol/bundle) Graphic C2S Cover A Qly | 44.50/CWT | 35 468.81 USD |
| 28.004 MT | 18 Reels | 2/S Coated Packaging Grade Board Gloss PD Ultimate White 024<br>BW 172lb, WD 52.5in, DIA 50in, 6 CORE, CAL 12 (1rol/bundle) Graphic C2S Cover A Qly | 44.50/CWT | 27 473.24 USD |
| 104.212 MT | 62 Reels | 2/S Coated Packaging Grade Board Gloss PD Ultimate White 024<br>BW 172lb, WD 56.5in, DIA 50in, 6in CORE, CAL 12 (1rol/bundle) Graphic C2S Cover A Qly | 44.50/CWT | 102 236.87 USD |

EKM-GRA-000071



Ekman & Co AB
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 750 55 00, FAX +46 31 750 56 80   Info@ekman-co.se



**INVOICE**

No. 4655150

PAGE 2

| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 18.28 MT | 16 Reels | 2/S Coated Packaging Grade Board Gloss PD Ultimate White<br>BW 191lb, WD 40.5in, DIA 50in, 6in CORE, CAL 14<br>(1rol/bundle) Graphic C2S Cover A Qly | 44.50/CWT | 17 933.54 USD |
| 18.306 MT | 14 Reels | 2/S Coated Packaging Grade Board Gloss PD Ultimate White 024<br>BW 191lb, WD 46.5in, DIA 50in, 6in CORE, CAL 14<br>(1rol/bundle) Graphic C2S Cover | 44.50/CWT | 17 959.05 USD |
| 7.236 MT | 5 Reels | 2/S Coated Packaging Grade Board Gloss PD Ultimate White 024<br>BW 191lb, WD 50.5in, DIA 50in, 6in CORE, CAL 14<br>(1rol/bundle) Graphic C2S Cover A Qly | 44.50/CWT | 7 098.88 USD |
| 22.407 MT | 14 Reels | 2/S Coated Packaging Grade Board Gloss PD Ultimate White 024<br>BW 191lb, WD 56.5in, DIA 50in, 6in CORE, CAL 14<br>(1rol/bundle) Graphic C2S Cover A Qly | 44.50/CWT | 21 982.32 USD |
| 30.534 MT | 53 Reels | 2/S Coated Packaging Grade Board Gloss PD Ultimate White 024<br>BW 172lb, WD 19.5in, DIA 50in, 6in CORE, CAL 12<br>(1rol/bundle) Graphic C2S Cover A Qly | 44.50/CWT | 29 955.29 USD |
| 47.251 MT | 56 Reels | 2/S Coated Packaging Grade Board Gloss PD Ultimate White 024<br>BW 172lb, WD 28.5in, DIA 50in, 6in CORE, CAL 12 (1 rol/bundle) Graphic C2S Cover A Qly | 44.50/CWT | 46 355.45 USD |
| | | **Total Amount** | | **$ 360 104.10 USD** |
| 367.061 MT | 298 | | | |

Payment Due By: Aug 13, 2010   INTEREST WILL BE CHARGED ON ALL OVERDUE AMOUNTS AT THE RATE OF 12% PER ANNUM.

Remit Payment To:

Wire Instructions:
USD ACCT # 5747 82 38041 WITH SKANDINAVISKA
ENSKILDA BANKEN, GOTHENBURG, SWEDEN.
WE PREFER PAYMENT VIA IBAN STANDARD:
SE6350000000057478238041 SWIFT: ESSESESS

EKM-GRA-000072



Ekman & Co AB
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 750 55 00, FAX +46 31 750 55 80   info@ekman-co.se

VAT NO.: SE556020459601

PO 466520



**INVOICE**

No. 4655316

**SOLD TO:**
Graphic Paper
31 Windsor Place
P.O. Box 9024
Central Islip, NY  11722
USA

**SHIP TO:**
Graphic Paper - New York Whse
31 Windsor Place
Central Islip, NY  11722
USA

| DATE | SHIPPED VIA | DELIVERY TERMS | |
|---|---|---|---|
| Jun 04, 2010 | VESSEL | CIF: NJ port. | |
| PAYMENT TERMS | | YOUR ORDER NO. | YOUR REF. NO. | TRANSACTION NO. |
| OPEN ACCOUNT 90 days from bill of lading date | | PLA03Y | PASGGP1006003 | 4625769 |

| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 39.81296 MT | 1760 Carton | PHOTOCOPY PAPER TRUTONE IK ORIGINAL WHITE 042<br>BW 75gsm, SZ 11X17-IN, 20M, 4400000 SHEETS 500sh/pck 5pck/box 40box/pal PAPERLINE MULTIPURPOSE A | 49.00/CWT | 43 120.00 USD |
| 99.5324 MT | 440 Cartons | PHOTOCOPY PAPER TRUTONE IK ORIGINAL WHITE 042<br>BW 75gsm, SZ 8,5X11-IN, 10M, 22000000 SHEETS 500sh/pck 10pck/box 40box/pal) PAPERLINE MULTI PURPOSE | 47.50/CWT | 104 500.00 USD |
| 7.96259 MT | 352 Cartons | PHOTOCOPY PAPER TRUTONE IK ORIGINAL WHITE 042<br>BW 75gsm, SZ 11X17-IN, 20M, 880000 SHEETS 500sh/pck 5pck/box 16box/pal PAPERLINE MULTIPURPOSE A<br>MULTI PURPOSE | 49.00/CWT | 8 624.00 USD |
| 19.90648 MT | 880 Cartons | PHOTOCOPY PAPER TRUTONE IK ORIGINAL WHITE 042<br>BW 75gsm, SZ 8,5X11-IN, 10M, 4400000 SHEETS 40box/pal) PAPERLINE MULTI PURPOSE<br><br>Mill is IKP; Indah Kiat Perang | 47.50/CWT | 20 900.00 USD |



Ekman & Co AB
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 750 55 00, FAX +46 31 750 56 80   Info@ekman-co.se



**INVOICE**

No. 4655316

PAGE 2

| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | Total Amount | $ 177 144.00 USD |
| 167.21443 MT | 3432 | | | |
| Payment Due By: Sep 02, 2010 | | INTEREST WILL BE CHARGED ON ALL OVERDUE AMOUNTS AT THE RATE OF 12% PER ANNUM. | | |
| Remit Payment To: | | Wire Instructions:<br>USD ACCT # 5747 82 38041 WITH SKANDINAVISKA ENSKILDA BANKEN, GOTHENBURG, SWEDEN.<br>WE PREFER PAYMENT VIA IBAN STANDARD;<br>SE6350000000057478238041 SWIFT: ESSESESS | | |

EKM-GRA-000067

 **Ekman**

Ekman & Co AB
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 750 56 00, FAX +46 31 750 56 80  info@ekman-co.se

VAT NO.: SE556020458501

PO 466580


(6)

**INVOICE**

No. 4655482

**SOLD TO:**
Graphic Paper
31 Windsor Place
P.O. Box 9024
Central Islip, NY  11722
USA

**SHIP TO:**
Graphic Paper - New York Whse
31 Windsor Place
Central Islip, NY  11722
USA

| DATE | SHIPPED VIA | | DELIVERY TERMS | |
|---|---|---|---|---|
| Jun 10, 2010 | VESSEL | | CIF: NJ port. | |
| PAYMENT TERMS | | YOUR ORDER NO. | YOUR REL. NO. | TRANSACTION NO. |
| OPEN ACCOUNT 90 days from bill of lading date | | PLA03Y | PASGP1006004 | 4625769 |
| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
| 159.25164 MT | 7040 Carton | PHOTOCOPY PAPER TRUTONE IK ORIGINAL WHITE 042<br>BW 20lb, SZ 8.5X11-IN, 10M, 35200000 SHEETS<br>7040000 SHEETS<br>40box/pal) PAPERLINE MULTI PURPOSE | 47.50/CWT | 167 200.00 USD |
| 31.85036 MT | 1408 Carton | PHOTOCOPY PAPER TRUTONE IK ORIGINAL WHITE 042<br>BW 20lb, SZ 8.5X11-IN, 10M, 7040000 SHEETS<br>7040000 SHEETS<br>40box/pal) PAPERLINE MULTI PURPOSE | 47.50/CWT | 33 440.00 USD |
| | | | **Total Amount** | **$ 200 640.00 USD** |
| 191.1022 MT | 8448 | | | |

Payment Due By: Sep 08, 2010

INTEREST WILL BE CHARGED ON ALL OVERDUE AMOUNTS AT THE RATE OF 12% PER ANNUM.

**Remit Payment To:**

**Wire Instructions:**
USD ACCT # 5747 82 36041 WITH SKANDINAVISKA
ENSKILDA BANKEN, GOTHENBURG, SWEDEN.
WE PREFER PAYMENT VIA IBAN STANDARD:
SE8350000000057478238041 SWIFT: ESSESESS



**Ekman & Co AB**
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 760 55 00, FAX +46 31 750 56 80  Info@ekman-co.se

VAT NO.: SE556020459501

PO 466580

# INVOICE

No. 4655546

**SOLD TO:**
Graphic Paper
31 Windsor Place
P.O. Box 9024
Central Islip, NY  11722
USA

**SHIP TO:**
Graphic Paper - New York Whse
31 Windsor Place
Central Islip, NY  11722
USA

| DATE | SHIPPED VIA | DELIVERY TERMS | |
|---|---|---|---|
| Jun 11, 2010 | VESSEL | CIF; NJ port. | |
| PAYMENT TERMS | YOUR ORDER NO. | YOUR REF. NO. | TRANSACTION NO. |
| OPEN ACCOUNT 90 days from bill of lading date | PLA03Y | PASGP1006006 | 4625769 |

| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 139.34536 MT | 6160 Carton | PHOTOCOPY PAPER TRUTONE IK ORIGINAL WHITE 042<br>BW 20lb, SZ 8.5X11-IN, 10M, 30800000 SHEETS<br>40box/pal) PAPERLINE MULTI PURPOSE | 47.50/CWT | 146 300.00 USD |
| 27.86907 MT | 1232 Carton | PHOTOCOPY PAPER TRUTONE IK ORIGINAL WHITE 042<br>BW 20lb, SZ 8.5X11-IN, 10M, 6160000 SHEETS<br>40box/pal) PAPERLINE MULTI PURPOSE | 47.50/CWT | 29 260.00 USD |
| 167.21443 MT | 7392 | | **Total Amount** | $ 175 560.00 USD |

Payment Due By: Sep 09, 2010

INTEREST WILL BE CHARGED ON ALL OVERDUE AMOUNTS AT THE RATE OF 12% PER ANNUM.

**Remit Payment To:**

**Wire Instructions:**
USD ACCT # 5747 82 38041 WITH SKANDINAVISKA ENSKILDA BANKEN, GOTHENBURG, SWEDEN.
WE PREFER PAYMENT VIA IBAN STANDARD:
SE6350000000057478238041 SWIFT: ESSESESS

EKM-GRA-000060



**Ekman & Co AB**
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 750 55 00, FAX +46 31 750 56 80  info@ekman-co.se

VAT NO.: SE556020459501

PO 466847

4)

**INVOICE**

No. 4665793

**SOLD TO:**
Graphic Paper
31 Windsor Place
P.O. Box 9024
Central Islip, NY  11722
USA

**SHIP TO:**
Graphic Paper - New York Whse
31 Windsor Place
Central Islip, NY  11722
USA

| DATE | SHIPPED VIA | | DELIVERY TERMS | |
|---|---|---|---|---|
| Jun 13, 2010 | VESSEL | | DDP-Central Islip, NY 11722 | |
| PAYMENT TERMS | | YOUR ORDER NO. | YOUR REL. NO. | TRANSACTION NO. |
| OPEN ACCOUNT 90 days from bill of lading date (BL Date: 13 June, 2010) | | PA04Y | PAJKT1006018 | 4626049 |
| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
| 9.318 MT | 8 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 38.5in, DIA 50in, 6in CORE, CAL 12 | 48.00/CWT | 9 860.38 USD |
| 26.569 MT | 22 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 40.5in, DIA 50in, 6in CORE, CAL 12 | 48.00/CWT | 28 115.63 USD |
| 21.177 MT | 14 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 50.5in, DIA 50in, 6in CORE, CAL 12 | 48.00/CWT | 22 409.67 USD |
| 94.914 MT | 55 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 56.5in, DIA 50in, 6in CORE, CAL 12 | 48.00/CWT | 100 436.75 USD |
| 10.581 MT | 9 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 310gsm, WD 40.5in, DIA 50in, 6in CORE, CAL 14 | 48.00/CWT | 11 196.80 USD |
| 10.673 MT | 8 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 310gsm, WD 46.5in, DIA 50in, 6in CORE, CAL 14 | 48.00/CWT | 11 294.25 USD |
| 10.046 MT | 9 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE<br>BW 310gsm, WD 38.5in, DIA 50in, 6in CORE, CAL 14 | 48.00/CWT | 10 630.76 USD |
| 32.485 MT | 55 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 19.5in, DIA 50in, 6in CORE, CAL 12 | 48.00/CWT | 34 354.72 USD |
| 46.795 MT | 54 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 28.5in, DIA 50in, 6in CORE, CAL 12 | 48.00/CWT | 49 518.84 USD |

EKM-GRA-000056



Ekman & Co AB
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 750 55 00, FAX +46 31 750 56 80   info@ekman-co.se



**INVOICE**

No. 4655793

PAGE 2

| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 8.451 MT | 12 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 23.5in, DIA 50in, 6in CORE, CAL 12 | 48.00/CWT | 8 942.92 USD |
| 3.11 MT | 4 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 25.5in, DIA 50in, 6in CORE, CAL 12 | 48.00/CWT | 3 291.03 USD |
| 13.028 MT | Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 310gsm, WD 56.5in, DIA 50in, 6in CORE, CAL 14.000 | 48.00/CWT | 13 786.33 USD |
| 6.133 MT | 9 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 310gsm, WD 23.5in, DIA 50in, 6in CORE, CAL 14 | 48.00/CWT | 6 489.99 USD |
| 293.26 MT | 259 | Total Amount | | $ 310 330.07 USD |

Payment Due By: Sep 11, 2010     INTEREST WILL BE CHARGED ON ALL OVERDUE AMOUNTS AT THE RATE OF 12% PER ANNUM.

| Remit Payment To: | Wire Instructions:<br>USD ACCT # 5747 82 38041 WITH SKANDINAVISKA ENSKILDA BANKEN, GOTHENBURG, SWEDEN.<br>WE PREFER PAYMENT VIA IBAN STANDARD:<br>SE6350000000057478238041 SWIFT: ESSESESS |
|---|---|



Ekman & Co AB
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 750 55 00, FAX +46 31 750 58 80   info@ekman-co.se

VAT NO.: SE556020459501

PO  4 67254

③

**INVOICE**

No. 4656329

**SOLD TO:**
Graphic Paper
31 Windsor Place
P.O. Box 9024
Central Islip, NY 11722
USA

**SHIP TO:**
Graphic Paper - New York Whse
31 Windsor Place
Central Islip, NY 11722
USA

| DATE | SHIPPED VIA | | DELIVERY TERMS | |
|---|---|---|---|---|
| Jun 30, 2010 | VESSEL | | DDP-central Islip, NY 11722 | |
| PAYMENT TERMS | | YOUR ORDER NO. | YOUR REL. NO. | TRANSACTION NO. |
| OPEN ACCOUNT 90 days from bill of lading date | | PA05Y | PAJKT1006063 | 4626425 |
| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
| 305872 SQF | 4 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 250gsm, WD 56.5in, CAL 10 CALIPER 56.5" 12/50 # 151 | 24.066/MSF | 7 361.12 USD |
| 130403 SQF | 3 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 38.5in, CAL 12 CALIPER 38.5" 12/50 # 172 | 26.954/MSF | 3 514.88 USD |
| 227890 SQF | 5 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 40.5in, CAL 12 CALIPER 40.5" 12/50 # 172 | 26.954/MSF | 6 142.56 USD |
| 233209 SQF | 4 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 50.5in, CAL 12 CALIPER 50.5" 12/50 # 172 | 26.954/MSF | 6 285.92 USD |
| 120864 SQF | 2 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 52.5in, CAL 12 CALIPER 52.5" 12/50 # 172 | 26.954/MSF | 3 257.77 USD |
| 751440 SQF | 19 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 310gsm, WD 40.5in, CAL 14 CALIPER 40.5" 12/50 # 191 | 29.841/MSF | 22 423.72 USD |
| 95418 SQF | 2 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 310gsm, WD 46.5in, CAL 14 CALIPER 46.5" 12/50 # 191 | 29.841/MSF | 2 847.37 USD |
| 298245 SQF | 6 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 310gsm, WD 50.5in, CAL 14 CALIPER 50.5" 12/50 # 191 | 29.841/MSF | 8 899.93 USD |
| 415569 SQF | 8 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 310gsm, WD 52.5in, CAL 14 CALIPER 52.5" 12/50 # 191 | 29.841/MSF | 12 400.70 USD |

EKM-GRA-000051



Ekman & Co AB
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 760 56 00, FAX +46 31 760 56 80   info@ekman-co.se



**INVOICE**

No. 4656329

PAGE 2

| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 555202 SQF | 10 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 310gsm, WD 56.5in, CAL 14 CALIPER 56.5" 12/50 # 191 | 29.841/MSF | 16 587.78 USD |
| 553526 SQF | 24 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 20.5in, CAL 12 CALIPER 20.5 12/50 # 172 | 26.954/MSF | 14 919.74 USD |
| 188325 SQF | 9 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 310gsm, WD 23.5in, CAL 14 CALIPER 23.5 12/50 | 29.841/MSF | 5 619.81 USD |
| 209251 SQF | 7 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 26.5in, CAL 12 CALIPER 26.5 12/50 # 172 | 26.954/MSF | 5 640.15 USD |
| 345164 SQF | 11 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 28.5in, CAL 12 CALIPER 28.5 12/50 # 172 | 26.954/MSF | 9 303.55 USD |
| 4 430 368 SQF | | | | |
| 4 430 368 SQF | 114 | (272 453 LBS)                                Total Amount | | $ 126 184.99 USD |

Payment Due By: Sep 28, 2010    INTEREST WILL BE CHARGED ON ALL OVERDUE AMOUNTS AT THE RATE OF 12% PER ANNUM.

Remit Payment To:

Wire Instructions:
USD ACCT # 5747 82 38041 WITH SKANDINAVISKA ENSKILDA BANKEN, GOTHENBURG, SWEDEN.
WE PREFER PAYMENT VIA IBAN STANDARD:
SE6350000000057478238041 SWIFT: ESSESESS

EKM-GRA-000052



Ekman & Co AB
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 750 55 00, FAX +46 31 750 66 80  info@ekman-co.se

VAT NO.: SE556020469601

PO. 467254



**INVOICE**

No. 4656544

**SOLD TO:**
Graphic Paper
31 Windsor Place
P.O. Box 9024
Central Islip, NY  11722
USA

**SHIP TO:**
Graphic Paper – New York Whse
31 Windsor Place
Central Islip, NY  11722
USA

| DATE | SHIPPED VIA | DELIVERY TERMS | | |
|---|---|---|---|---|
| Jul 04, 2010 | VESSEL | DDP-central Islip ,NY 11722 | | |
| PAYMENT TERMS | | YOUR ORDER NO. | YOUR REL. NO. | TRANSACTION NO. |
| OPEN ACCOUNT 90 days from bill of lading date (BL Date: July 04th, 2010) | | PA05Y | PAJKT1007032 | 4626425 |
| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
| 53683 SQF | 1 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 250gsm, WD 40.5in, CAL 10 CALIPER 40.5" 12/50 # 151 | 24.066/MSF | 1 291.94 USD |
| 153864 SQF | 2 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 250lb, WD 55.5in, DIA 50in, LEN 16143-ft., 6 CORE, CAL 10.000 | 24.066/MSF | 3 702.89 USD |
| 1295817 SQF | 30 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 38.5in, CAL 12 CALIPER 38.5" 12/50 # 172 | 26.954/MSF | 34 927.45 USD |
| 2517699 SQF | 56 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 40.5in, CAL 12 CALIPER 40.5" 12/50 # 172 | 26.954/MSF | 67 862.06 USD |
| 257393 SQF | 5 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 46.5in, CAL 12 CALIPER 46.5" 12/50 # 172 | 26.954/MSF | 6 937.77 USD |
| 893976 SQF | 14 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 56.5in, CAL 12 CALIPER 56.5" 12/50 # 172 | 26.954/MSF | 24 096.23 USD |
| 366095 SQF | 8 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 310gsm, WD 46.5in, CAL 14 CALIPER 46.5" 12/50 # 191 | 29.841/MSF | 10 924.84 USD |
| 49844 SQF | 1 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 310gsm, WD 50.5in, CAL 14 CALIPER 50.5" 12/50 # 191 | 29.841/MSF | 1 487.38 USD |

 **Ekman**

Ekman & Co AB
Lilla Bommen 1
PO Box 230
SE 401 23 Gothenburg, Sweden
+46 31 760 55 00, FAX +46 31 750 56 80  Info@ekman-co.se



**INVOICE**

No. 4656544

PAGE 2

| QUANTITY | UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 303849 SQF | 13 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 20.5in, CAL 12 CALIPER 20.5 12/50 # 172 | 26.954/MSF | 8 189.95 USD |
| 264857 SQF | 10 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 23.5in, CAL 12 CALIPER 23.5 12/50 # 172 | 26.954/MSF | 7 133.56 USD |
| 269571 SQF | 10 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 26.5in, CAL 12 CALIPER 26.5 12/50 # 172 | 26.954/MSF | 7 266.02 USD |
| 840954 SQF | 26 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 280gsm, WD 28.5in, CAL 12 CALIPER 28.5 12/50 # 172 | 26.954/MSF | 22 667.07 USD |
| 22873 SQF | 1 Reels | 2/S COATED PACKAGING GRADE BOARD GLOSS PD ULTIMATE WHITE 024<br>BW 310gsm, WD 23.5in, CAL 14 CALIPER 23.5 12/50 # 191 | 29.841/MSF | 682.55 USD |
| 7 290 275 SQF | | | | |

| 7 290 275 SQF | 177 | (432 130 LBS) | Total Amount | $ 197 169.49 USD |
|---|---|---|---|---|

Payment Due By: Oct 02, 2010    INTEREST WILL BE CHARGED ON ALL OVERDUE AMOUNTS AT THE RATE OF 12% PER ANNUM.

Remit Payment To:

Wire Instructions:
USD ACCT # 5747 82 38041 WITH SKANDINAVISKA ENSKILDA BANKEN, GOTHENBURG, SWEDEN.
WE PREFER PAYMENT VIA IBAN STANDARD:
SE6350000000057478238041 SWIFT: ESSESESS

EKM-GRA-000080