UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| EKMAN & CO AB., | ECF Case |
| Plaintiff, | Case No. 10 CV 8110 (JGK) |
| -against- | |
| GRAPHIC PAPER, INC., | |
| Defendant. | |

-----------------------------------------------------------x

GRAPHIC PAPER, INC.,

                Interpleader Plaintiff,

-against -

EKMAN & CO AB. and
U.S. BANK NATIONAL ASSOCIATION,

                Interpleader Defendants.

-----------------------------------------------------------x

**REPLY DECLARATION OF JOSEPH ZELMANOVITZ IN FURTHER SUPPORT OF INTERPLEADER DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**

      Joseph Zelmanovitz declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

      1.    I am a member of the bar of this Court and of counsel to Wilk Auslander LLP, attorneys for interpleader defendant U.S. Bank National Association ("U.S. Bank") in this action. I submit this declaration in further support of U.S. Bank's motion, pursuant to Fed. R. Civ. P. 56(a), for an order granting it summary judgment dismissing the cross-claim for indemnification filed by defendant/interpleader plaintiff Graphic Paper, Inc. ("Graphic").

      2.    Attached as Exhibit A to this declaration is an excerpt from the transcript of the deposition of James Peiffer taken on September 27, 2011.

590079v1

3. Attached as Exhibit B to this declaration is an excerpt from the report by the United States International Trade Commission entitled "Certain Coated Paper Suitable for High-Quality Print Graphics Using Sheet-Fed Presses from China and Indonesia."

4. Attached as Exhibit C to this declaration is a copy of an order entered on January 19, 2010, by the Honorable Donald C. Pogue in the action styled *Export-Import Bank of the United States v. Asia Pulp & Paper Co., Ltd. et al.* (Case No. 03 Civ. 8554), United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2012 in New York, New York.

                                                /s/ Joseph Zelmanovitz
                                                Joseph Zelmanovitz
                                                    (JZ-0085)