UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
EKMAN & CO AB,

                    Plaintiff,

   –against –

GRAPHIC PAPER, INC.,

                    Defendant.

Case No. 10 CV 8110 (JGK)

-----------------------------------------------------------------------x
GRAPHIC PAPER, INC.,

                    Interpleader Plaintiff,

   -against-

EKMAN & CO AB, and
U.S. BANK NATIONAL ASSOCIATION,

                    Interpleader Defendants.
-----------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Keith Daniel Greenberg, Esq. of the firm Duane Morris LLP, hereby withdraws as counsel for plaintiff Ekman & Co AB in the above-captioned matter. Effective immediately, please remove Keith Daniel Greenberg, Esq. from the service list of this action. All other counsel of record for the plaintiff remain the same.

Dated: May 25, 2012
       New York, New York

                                                /s/ Keith Daniel Greenberg
                                                Keith Daniel Greenberg
                                                Duane Morris LLP
                                                1540 Broadway
                                                New York, NY 10036

DM1\3347578.1

2

Telephone (212) 692-1000
Fax: (212) 214-0352
kdgreenberg@duanemorris.com

2

DM1\3347578.1