UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ECKMAN & CO.,

                        Plaintiff(s),           **NOTICE OF ORAL ARGUMENT**

      -against-

GRAPHIC PAPER,                                        10 civ 8110 (JGK)

                       Defendant(s).
------------------------------------------------------------X

To All Parties,

    You are directed to appear for oral argument on the pending motion(s), to be held on

**Friday, July 27, 2012 at 2:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                          **Don Fletcher**
                                                **Courtroom Case Manager**

Dated: New York, New York
       July 2, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED   7/2/2012
```