USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/25/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EKMAN & CO. AB,

        Plaintiff,

- against -

GRAPHIC PAPER, INC.,

        Defendant.

---

GRAPHIC PAPER, INC.,

        Interpleader Plaintiff,

- against -

EKMAN & CO. AB., and U.S. BANK
NATIONAL ASSOCIATION,

        Interpleader Defendants.

---

10 Civ. 8110 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at today's hearing, the motions for summary judgment by U.S. Bank and Ekman are denied. Graphic's motion for summary judgment is granted in part and denied in part. The Clerk is directed to close Docket Nos. 61, 72, and 77.

    The parties' Joint Pre-Trial Order, proposed findings of fact and conclusions of law, trial memoranda, and motions in limine, if any, are due **August 31, 2012**. Responses to any motions in limine are due **September 7, 2012**. The parties should

be ready for trial on 48 hours notice beginning **September 20, 2012**.

The parties should advise the court by **August 31, 2012** whether they consent to trial before the Magistrate Judge and whether a reference to the Magistrate Judge for the purposes of settlement would be useful.

**SO ORDERED.**

Dated: New York, New York
July 24 2012

John G. Koeltl
United States District Judge